**UNITED STATES of America, Plaintiff-Appellee, v. Rosa MARTORELLI, Defendant-Appellant.**

No. 15.

Circuit Court of Appeals, Second Circuit.

Oct. 12, 1944.

Nathan L. & Samuel Goldstein, of New York City, for defendant-appellant.

Harry T. Dolan, of Brooklyn, N. Y. (Vernon L. Wilkinson, of Washington, D. C., of counsel), for plaintiff-appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

**Herbert WILSON, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 11098.

Circuit Court of Appeals, Fifth Circuit.

Oct. 14, 1944.

Herbert Wilson, in pro per., for appellant.

M. Neil Andrews, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

It is ordered that the judgment appealed from in this cause be, and the same hereby is, affirmed.